BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

DEC 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 ) Case No. 2:11-CR-0538 KJM
                                          )
                 Plaintiff,               )
                                          )
         v.                               ) ORDER TO SEAL
                                          )
ERIK MONTANE-DARAB,                       ) (UNDER SEAL)
                                          )
                 Defendant.               )
                                          )
                                          )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: Dec 16, 2011

_____
KENDALL J. NEWMAN
United States Magistrate Judge

1