1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff,            )   D.C. NO. 2-11-cr-0538 KJM
                                )
13    v.                        )   ORDER FOR
                                )   UNSEALING INDICTMENT
14 ERIK MONTANE-DARAB,          )
                                )
15         Defendant.            )
   _____)
16

17     The government's request to unseal the indictment and this case

18 is GRANTED.

19     SO ORDERED.

20 DATED: December 20, 2011            /s/ Carolyn K. Delaney
                                       HON. CAROLYN K. DELANEY
21                                     U.S. Magistrate Judge

22

23

24

25

26

27

28