

FILED

DEC 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   501 I Street, Suite 10-100
3  Sacramento, CA  95814
   (916) 554-2700
4  (916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  2:11-CR-0538 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) (PROPOSED) PROTECTIVE ORDER AND ORDER |
| ERIK MONTANE-DARAB, | ) |
| Defendant. | ) Date: December 27, 2011<br>) Time: 9:00 a.m.<br>) Court: Hon. Carolyn K. Delaney |

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Kyle Reardon, and defendant Erik Montane-Darab, by and through his counsel of record, hereby stipulate as follows:

   1.   The discovery in this case is several hundred pages, and contains personal information including, but not limited to, the names of juvenile victims, residential addresses, social security numbers, taxpayer-identification number, financial-account information, telephone numbers, and email addresses (hereinafter "Protected Information").

   2.   In the absence of a protective order, numerous redactions

1 would be necessary to avoid the unauthorized disclosure or
2 dissemination of Protected Information to individuals not party to
3 the court proceedings in this matter.  It is possible, given the
4 nature of the evidence, that there may be Protected Information that
5 is inadvertently omitted during the redaction process.
6     3.    By this stipulation, the parties jointly request that the
7 Court issue a protective order pursuant to Rule 16(d) of the Federal
8 Rules of Criminal Procedure and its general supervisory authority.
9     4.    The Protective Order applies to all discovery containing
10 Protected Information, including discovery that may be forthcoming.
11 Discovery that does not contain Protected Information is not subject
12 to the Protective Order.
13     5.    Defense counsel shall not give documents that contain
14 Protected Information (or copies of such documents) to any person
15 other than counsel's staff, investigator(s), or retained expert(s)
16 (hereinafter "Defense Team").  The terms "staff," "investigator," and
17 "expert" shall not be construed to describe any defendant, or other
18 person not: (1) regularly employed by counsel, or (2) licensed as an
19 investigator, or (3) retained as an expert.  The Defense Team shall
20 not provide to any person copies of documents unless Protected
21 Information has been redacted.
22     6.    The defendant may review the Protected Information and be
23 aware of its contents, but neither defense counsel nor the Defense
24 Team shall provide copies of Protected Information to the defendant
25 or allow the defendant to copy documents containing Protected
26 Information.  Counsel may provide the defendant with copies of
27 documents from which Protected Information has been redacted.
28     7.    The names of juvenile victims, social security numbers,
taxpayer-identification information, financial-account information,

1 | birth dates, and residential addresses made in all public filings
2 | shall be made pursuant to Fed. R. Crim. P. 49.1.
3 |     7.   Nothing in this stipulation will be construed to prevent
4 | defense counsel, and the Defense Team a reasonable opportunity to
5 | prepare.
6 |     IT IS SO STIPULATED.
7 | DATED: December 27, 2011    Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: December 27, 2011    /s/ Kyle Reardon for
MATTHEW SCOBLE
Attorney for the Defendant

```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11-CR-0538 KJM |
| Plaintiff, | |
| v. | **ORDER** |
| ERIK MONTANE-DARAB, | Date: December 27, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Court: Hon. Carolyn K. Delaney |

The Protective Order stipulated to by the parties is approved and so ordered.

DATED: December 27, 2011

CAROLYN K. DELANEY
United States Magistrate Judge