```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00538-KJM |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| ERIK MONTANE-DARAB, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Erik Montane-Darab it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1467, defendant Erik Montane-Darab's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a) One iPhone obtained by consent from the defendant on December 23, 2010.

2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 1470.

1

1        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2   designee) shall be authorized to seize the above-listed property.
3   The aforementioned property shall be seized and held by the U.S.
4   Marshals Service, in its secure custody and control.
5        4.   a.   Pursuant to 18 U.S.C. § 1467(b), incorporating 21
6   U.S.C. § 853(n), and Local Rule 171, the United States shall
7   publish notice of the order of forfeiture.  Notice of this Order
8   and notice of the Attorney General's (or a designee's) intent to
9   dispose of the property in such manner as the Attorney General
10  may direct shall be posted for at least 30 consecutive days on
11  the official internet government forfeiture site
12  www.forfeiture.gov.  The United States may also, to the extent
13  practicable, provide direct written notice to any person known to
14  have alleged an interest in the property that is the subject of
15  the order of forfeiture as a substitute for published notice as
16  to those persons so notified.
17            b.   This notice shall state that any person, other than
18  the defendant, asserting a legal interest in the above-listed
19  property, must file a petition with the Court within sixty (60)
20  days from the first day of publication of the Notice of
21  Forfeiture posted on the official government forfeiture site, or
22  within thirty (30) days from receipt of direct written notice,
23  whichever is earlier.
24       5.   If a petition is timely filed, upon adjudication of all
25  third-party interests, if any, this Court will enter a Final
26  ///
27  ///
28  ///

2

Order of Forfeiture pursuant to 18 U.S.C. § 1467, in which all interests will be addressed.

SO ORDERED this 31st day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE